UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------x
TIG INSURANCE COMPANY,

                        Plaintiff,

   -against-

THE FAIRCHILD CORPORATION and NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                        Defendants.
x------------------------------------------------------------x

Civil Action No.: 07 CIV 8250

Rule 7.1 Statement

## PLAINTIFF TIG INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TIG Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    a.    Fairfax Financial Holdings Limited.

Dated: New York, New York
         September 21, 2007

Kristin V. Gallagher, Esq.
Attorney Bar Code: kv6820
Eileen de Callies, Esq.
Attorney Bar Code: ed2938
Carroll, McNulty & Kull LLC
570 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 252-0004