Ira Brad Matetsky (IM1881)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Defendant*
*The Fairchild Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY,

        Plaintiff,

-against-

THE FAIRCHILD CORPORATION and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

        Defendants.

Civil Action No.: 07civ8250
ECF case (JGK)

**PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as representative and counsel for Defendant THE FAIRCHILD CORPORATION.

Dated:  New York, New York
          December 10, 2007

                      GANFER & SHORE, LLP

                      By: _____
                           Ira Brad Matetsky (IM1881)
                      360 Lexington Avenue
                      New York, New York 10017
                      (212) 922-9250
                      (212) 922-9335 (facsimile)
                      *Attorneys for Defendant*
                      *The Fairchild Corporation*