Ira Brad Matetsky (IM1881)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Defendant*
*The Fairchild Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>          -against-<br><br>THE FAIRCHILD CORPORATION and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>                     Defendants. | Civil Action No.: 07civ8250<br>ECF case (JGK) |

**PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as representative and counsel for Defendant THE FAIRCHILD CORPORATION.

Dated:  New York, New York
             December 10, 2007

                                                          GANFER & SHORE, LLP

                                                          By: _____
                                                                  Matthew R. Maron (MM2270)
                                                          360 Lexington Avenue
                                                          New York, New York 10017
                                                          (212) 922-9250
                                                          (212) 922-9335 (facsimile)
                                                          *Attorneys for Defendant*
                                                          *The Fairchild Corporation*