UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>-against-<br><br>THE FAIRCHILD CORPORATION and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>               Defendants. | Civil Action No. 07 Civ. 8250 (JGK)<br><br>ECF CASE |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, notice is hereby given by counsel of record for The Fairchild Corporation that the following corporate interests are disclosed:

1. The parent companies of the corporation:

    None.

2. Any publicly held company that owns ten percent (10%) or more of the corporation:

    None.

Dated: New York, New York
        December 10, 2007

                                                GANFER & SHORE, LLP

                                                By: _____
                                                    Ira Brad Matetsky (IM1881)
                                                    Matthew Maron
                                      360 Lexington Avenue, 14th floor
                                      New York, New York 10017
                                      (212) 922-9250
                                      (212) 922-9335 (facsimile)
                                      imatetsky@ganshore.com

- 2 -

Peter V. Baugher
Timothy C. Samuelson
Schopf & Weiss LLP
One South Wacker Drive, 28th floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com
samuelson@sw.com

*Attorneys for Defendant*
*The Fairchild Corporation*