Ira Brad Matetsky (IM1881)
GANFER & SHORE, LLP
360 Lexington Avenue, 14th floor
New York, New York  10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com

Peter V. Baugher
Timothy C. Samuelson
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com
samuelson@sw.com

*Attorneys for Defendant*
*The Fairchild Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY, | Civil Action No. 07 Civ. 8250 (JGK) |
| Plaintiff, | ECF CASE |
| -against- | **NOTICE OF DEFENDANT THE FAIRCHILD CORPORATION'S MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY** |
| THE FAIRCHILD CORPORATION and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the Declaration of Peter V. Baugher, Esq., sworn to

December 10, 2007, with the exhibits thereto, and the accompanying memorandum of law,

defendant THE FAIRCHILD CORPORATION ("Fairchild") will move this Court, before the

Honorable John G. Koeltl, at a date and time to be determined by the Court, for an order

176564v1

dismissing or, in the alternative staying, this action under the doctrine of abstention, and granting

such other and further relief as the Court may deem just and proper.

Fairchild hereby requests oral argument on this motion pursuant to paragraph 2(E) of the

Individual Practices of Judge Koeltl.


Dated: New York, New York
          December 10, 2007


                                        GANFER & SHORE, LLP


                                        By: _____
                                            Ira Brad Matetsky (IM1881)
                                        360 Lexington Avenue, 14th floor
                                        New York, New York  10017
                                        (212) 922-9250
                                        (212) 922-9335 (facsimile)
                                        imatetsky@ganshore.com

                                        Peter V. Baugher
                                        Timothy C. Samuelson
                                        Schopf & Weiss LLP
                                        One South Wacker Drive, 28th Floor
                                        Chicago, Illinois 60606-4617
                                        (312) 701-9300
                                        (312) 701-9335 (facsimile)
                                        baugher@sw.com
                                        samuelson@sw.com

                                        *Attorneys for Defendant*
                                        *The Fairchild Corporation*