Ira Brad Matetsky (IM1881)
GANFER & SHORE, LLP
360 Lexington Avenue, 14th floor
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com

Peter V. Baugher
Timothy C. Samuelson
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com
samuelson@sw.com

*Attorneys for Defendant*
*The Fairchild Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  -against-<br><br>THE FAIRCHILD CORPORATION and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Defendants. | Civil Action No. 07 Civ. 8250 (JGK)<br><br>ECF CASE<br><br>**DECLARATION OF**<br>**PETER V. BAUGHER** |

I, Peter V. Baugher, hereby declare as follows:

1. I have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2. I am an attorney with Schopf & Weiss LLP and am one of the attorneys for Defendant The Fairchild Corporation ("Fairchild").

176559v2

3. I submit this declaration in support of Fairchild's Motion to Dismiss or, Alternatively, to Stay and Memorandum in Support thereof.

4. A true and correct copy of the TIG Insurance Company's ("TIG") Complaint for Declaratory Relief in the instant case is attached as Exhibit 1.

5. A true and correct copy of the Complaint filed in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v. The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 2.

6. A true and correct copy of Fairchild's Third Party Complaint against American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA, Insurance Company of Pennsylvania, Zurich American Insurance Company, Royal & SunAlliance USA, and The Hartford Fire Insurance Company, filed in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v. The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 3.

7. A true and correct copy of the Order Granting Motion to Bifurcate Trial, entered September 25, 2006 in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v. The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 4.

8. A true and correct copy of Fairchild's Second Amended Third Party Complaint against, *inter alia*, Westchester Fire Insurance Company, Industrial Indemnity Company and TIG, filed in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v.*

*The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 5.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chicago, Illinois
December 10, 2007

By: _____
Peter V. Baugher

Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com

*Attorney for Defendant*
*The Fairchild Corporation*