# EXHIBIT 4



IN THE COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

| | |
|---|---|
| MILACRON, INC. | CASE NO. A0404162 |
| PLAINTIFF, | JUDGE MARTIN |
| v. | **ENTRY GRANTING MOTION TO BIFURCATE TRIAL** |
| THE FAIRCHILD CORPORATION, INC., ET AL. | |
| DEFENDANTS. | |

This cause came before the court on September 20, 2006, on the motions and memoranda of the third-party defendants to bifurcate trial of this matter. After considering those submissions and hearing the arguments of counsel, the motions to bifurcate are hereby granted.

This matter will proceed to jury trial on all claims between plaintiffs and defendants, beginning October 16, 2006. All claims between the defendants and third-party defendants will be decided in a bench trial on a later date to be determined.

DONE AND ORDERED IN CHAMBERS this _____ day of September, 2006.

_____
Judge Steven Martin

*/s/ [signature] for: per approval*
Clifford C. Masch (0015737)
REMNIGER & REMNIGER CO.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
E-mail: cmasch@reminger.com
Telephone: 216-687-1311, Ext. 2164
Facsimile: 216-687-1841
ATTORNEY FOR DEFENDANT,
ZURICH AMERICAN INS. CO.

*/s/ [signature]*
Matthew J. Smith (0006788)
Thomas F. Glassman (0061466)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
1014 Vine Street, Suite 2350
Cincinnati, Ohio 45202
(513) 579-0080 - Telephone
(513) 579-0222 - Facsimile
msmith@smithrolfes.com
tglassman@smithrolfes.com
ATTORNEYS FOR THIRD-PARTY
DEFENDANT, THE HARTFORD FIRE
INSURANCE COMPANY

*/s/ [signature] for: per approval*
Christopher M. Bechhold (0014192)
THOMPSON HINE, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089
Telephone: 513-352-6700
Facsimile: 513-241-4771
ATTORNEY FOR PLAINTIFF,
MILICRON, INC.

*/s/ [signature] for: per approval*
George D. Jonson (0027124)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
2100 URS Center
Cincinnati, Ohio 45202
Telephone: 513-768-5220
Facsimile: 513-241-8775
E-mail: gjonson@mrj.cc
DEFENDANTS/THIRD-PARTY PLAINTIFFS,
FAIRCHILD CORP. & RHI HOLDINGS, INC.

*/s/ [signature] per approval*
Michael G. Sanderson (0008521)
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson
Toledo, Ohio 43624-1573
Telephone: 419-241-9000
Facsimile: 419-241-6894
E-mail: msanderson@slk-law.com
ATTORNEY FOR DEFENDANT,
ROYAL INSURANCE COMPANY OF
AMERICA

*/s/ [signature] for: per approval*
Steven G. Janik (0021934)
Christopher Van Blargan (0066077)
Crystal L. Nicosia (0077875)
JANIK & DORMAN, LLP
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521
Telephone: 1-440-838-7600
Facsimile: 1-440-838-7601
E-mails: Steven.Janik@Janiklaw.com
    Chris.Vanblargan@Janiklaw.com
    Crystal.Nicosia@Janiklaw.com
ATTORNEYS FOR DEFENDANTS
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA &
AMERICAN INTERNATIONAL GROUP,
INC., & THE INSURANCE COMPANY FOR
THE STATE OF PENNSYLVANIA

2

*[signature]* for: per approval
Robert L. Joyce
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Telephone:   212-490-3000
Facsimile:   212-490-3038
Email: Robert.joyce@wilsonelser.com