UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>-against-<br><br>THE FAIRCHILD CORPORATION and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>          Defendants. | Civil Action No. 07 Civ. 8250 (JGK)<br><br>ECF case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

       MATTHEW R. MARON, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age, and reside in New York State.

2.     On the 10th day of December, 2007, I served the within:

- NOTICE OF DEFENDANT THE FAIRCHILD CORPORATION'S MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY;

- DECLARATION OF PETER V. BAUGHER; and

- DEFENDANT THE FAIRCHILD CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY upon:

                        Crystal L. Nicosia
                        Janik & Dorman, L.L.P.
              9200 South Hills Blvd., Suite 300
                 Cleveland, Ohio 44147-3521
*Attorneys for Defendant National Fire Union Company of Pittsburgh, PA*

by Federal Express for overnight delivery, Air Bill No. 7914 5247 3248.

                                                       _____
                                                        MATTHEW R. MARON

Sworn to before me this
10th day of December, 2007

_____
NOTARY PUBLIC

WILLIAM A. JASKOLA
Notary Public, State Of New York
No. 02JA5081132
Qualified In Nassau County
Commission Expires June 30, 20 11