```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
TIG INSURANCE COMPANY,

              Plaintiff,

   - against -

THE FAIRCHILD CORPORATION AND NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

              Defendants.
--------------------------------------------------X

STIPULATION
EXTENDING TIME
TO ANSWER

CIVIL ACTION NO.:
07 CIV 8250

ECF Case (JGK)

IT IS HEREBY STIPULATED, that the time for the defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 7th of January, 2008.

Dated:    New York, New York
            December 6, 2007

BY: EILEEN DE CALLIES, ESQ. [ED 2938]

CARROLL, MCNULTY & KULL LLC
Attorneys for Plaintiff
TIG INSURANCE COMPANY

570 Lexington Avenue – Tenth Floor
New York, New York 10022
(212) 252-0004
(212) 252-0444 (fax)
edcallies@cmk.com

BY: MICHAEL C. MODANSKY, ESQ.

BIVONA & COHEN,
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
88 Pine Street
Wall Street Plaza
New York, New York 10005-1886
(212) 363-3100

So Ordered

12/10/07