UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY, | Civil Action No. 07 Civ. 8250 (JGK) |
| Plaintiff, | ECF case |
| -against- | **AFFIDAVIT OF SERVICE** |
| THE FAIRCHILD CORPORATION and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendants. | |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ANNIS CHARLES, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York State.

2. On the 12th day of December, 2007, I served the within:

- NOTICE OF DEFENDANT THE FAIRCHILD CORPORATION'S MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY;

- DECLARATION OF PETER V. BAUGHER; and

- DEFENDANT THE FAIRCHILD CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY upon:

Michael C. Modansky, Esq.
BIVONA & COHEN
88 Pine Street, Wall Street Plaza
New York, New York 10005-1886

*Attorneys for Defendant National Fire Union Company of Pittsburgh, PA*

by Federal Express for overnight delivery, Air Bill No. 7918 1470 3169.

_____
ANNIS CHARLES

Sworn to before me this
12th day of December, 2007

_____
NOTARY PUBLIC

MATTHEW R. MARON
Notary Public, State of New York
No. 02MA6141948
Qualified in New York County
Commission Expires 03/06/2010