## AFFIDAVIT OF SERVICE

County: FAIRFAX
State: VIRGINIA

Customer ID #: _____
Client Reference #: _____
JOB Number: _____

TIG INSURANCE COMPANY
PLAINTIFF

V.

THE FAIRCHILD CORP. & NATIONAL UNION INSURANCE CO. of PITTSBURGH, PA
DEFENDANT

NO.

CASE # 07 CIV 8250

RCVD BY: CAROLINE MENDOZA, LEGAL ASST

CIVIL ACTION

I, JAMES E. MABSON JR., NAME OF PROCESS SERVER, being duly sworn according to law deposes and says that (s)he is a competent adult not a party to the above referenced matter, and that on 19 NOV 2007 @ 1:20 PM (s)he personally served a true and correct attested copy of (Notice of Deposition/Mandatory Disclosure/Request for Documents) at the following address:

1750 TYSONS BLVD, STE 1400, MCLEAN, VA 22102
ADDRESS WHERE DEFENDANT SERVED

in the above captioned matter upon
(Check one)

1. _____ an adult resident of Defendant's place of residence.
   NAME OF PERSON TO WHOM PROCESS PHYSICALLY DELIVERED

2. The Defendant personally at his/her place of residence.

3. The Defendant personally at his/her place of employment.

4. CAROLINE MENDOZA, the daytime person in charge of Defendant's place of business or employment.
   NAME OF PERSON TO WHOM PROCESS PHYSICALLY DELIVERED

5. DEFENDANT WAS NOT SERVED BECAUSE _____

I declare that under the laws of the United States of America that the forgoing information contained in the Return of Service is true and correct.

Sworn to and subscribed before me
this 19th day of November 2007

Server: James E. Mabson Jr.
SIGNATURE OF PROCESS SERVER

SHELIA M. SHARPE
Notary Public, District of Columbia
My Commission Expires Feb. 28, 2008

This service has been performed by
**AMERICAN EXPEDITING COMPANY**
1550 CATON CENTER DRIVE □ SUITE L REAR □ BALTIMORE □ MD □ 21227 □ 410.247.3800