# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case No: 07 CIV 8250

TIG INSURANCE COMPANY,

*Plaintiff(s)*

-against-

THE FAIRCHILD CORPORATION AND NATIONAL UNION FIR E INSURANC E COMPANY OF PITTSBU RGH, PA

*Defendant(s)*

State of New York)  
County of New York ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in **New York County** in the State of New York.

On **November 16th, 2007 at 10:40am**, I personally served a true copy of a **Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Statement & Complaint for Declaratory Relief.**

I, by delivering there at a true copy to a **Ryan Lang (Male, White skin, Black hair, 35–40 years old, 5'9"- 6'0", 140-170 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**National Union Fire Insurance Company of Pittsburgh, PA**  
**175 Water Street, 11th Floor**  
**New York, New York 10038**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Wednesday, November 21, 2007

Process Server Signature

109762 9  
License Number

DAVID A. LOCKWOOD  
Commissioner of Deeds  
City of New York - No. 3-6884  
Certificate Filed in New York County  
Commission Expires OCT 1, 20 08