UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY, | Civil Action No. 07 Civ. 8250 (JGK) |
| Plaintiff, | ECF case |
| -against- | |
| THE FAIRCHILD CORPORATION and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendants. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

## ORDER

Upon the Motion for Admission *Pro Hac Vice*, dated December 11, 2007, the Affidavit of Ira Brad Matetsky, sworn to on December 11, 2007, and the Affidavits of Peter V. Baugher and Timothy C. Samuelson sworn to on December 5, 2007, and the exhibits annexed thereto, seeking an Order pursuant to Local Civil Rule 1.3(a) of the United States District Courts for the Southern and Eastern Districts of New York permitting Peter V. Baugher and Timothy C. Samuelson to argue or try the above captioned action, in whole or in part, as counsel or advocate, and good cause having been demonstrated in support of said motion, it is:

ORDERED, that Peter V. Baugher and Timothy C. Samuelson are hereby admitted as counsel *pro hac vice* in this case.

Dated: New York, New York
       December ___, 2007

SO ORDERED:

_____
U.S.D.J.

12/13/07