Michael C. Modansky (MM7537)
Bivona & Cohen P.C.
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire*
*Insurance Company of Pittsburg, Pa.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| TIG INSURANCE COMPANY | CASE NO. 1:07-cv-08250-JGK |
|---|---|
| Plaintiff | ECF case (JGK) |
| v. | **NOTICE OF APPEARANCE FOR DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |
| THE FAIRCHILD CORPORATION, et al | |
| Defendants | |

PLEASE BE ADVISED, that the undersigned attorney hereby enters appearance as representative and counsel for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

Dated: New York, New York
January 7, 2008

BIVONA & COHEN P.C.

_____
Michael C. Modansky. (MM7537)
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire*
*Insurance Company of Pittsburg, Pa.*