Michael C. Modansky (MM7537)
Bivona & Cohen P.C.
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire*
 *Insurance Company of Pittsburg, Pa.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| TIG INSURANCE COMPANY | CASE NO. 1:07-cv-08250-JGK |
|---|---|
| Plaintiff | ECF case (JGK) |
| v. | **CROSS-MOTION TO DISMISS OR ALTERNATIVELY STAY THIS ACTION BY DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |
| THE FAIRCHILD CORPORATION, et al | |
| Defendants | |

PLEASE TAKE NOTICE, that upon the Declaration of Michael C. Modansky sworn to on the 7th day of January 2008 and accompanying Memorandum of Law, Defendant National Union Fire Insurance Company of Pittsburgh Pa. ("National Union") will move before this Court, before the Honorable John G. Koehl, at a date and time to be determined by the Court for an Order dismissing or in the alternative staying, this action under the doctrine of abstention and granting such other and further relief as the Court may deem just and proper.

National Union requests oral argument on this motion pursuant to paragraph 2(E) of the Individual Practices of Judge Koehl.

Dated: New York, New York
January 7, 2008

BIVONA & COHEN P.C.

_____
Michael C. Modansky. (MM7537)
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*

Michael C. Modansky (MM7537)
Bivona & Cohen P.C.
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire
Insurance Company of Pittsburg, Pa.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| TIG INSURANCE COMPANY | CASE NO. 1:07-cv-08250-JGK |
|---|---|
| Plaintiff | ECF case (JGK) |
| v. | |
| THE FAIRCHILD CORPORATION, et al | **DECLARATION OF MICHAEL C. MODANSKY** |
| Defendants | |

I, Michael C. Modansky hereby declares as follows:

1. I have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am a member of the law firm of Bivona & Cohen P.C., attorneys for Defendant National Union Fire Insurance Company of Pittsburgh Pa. ("National Union").

3. I make this Declaration in support of National Union's Cross Motion to dismiss or in the alternative stay this litigation.

4. I have reviewed the statements and exhibits 1 – 6 contained in Declaration of Peter E. Baugher submitted on behalf of co-defendant Fairchild Corporation ("Fairchild") with respect to its motion to dismiss or alternatively stay this litigation and have conferred with National Union's counsel in the Ohio action. Accordingly, I can state on behalf of National Union that those exhibits are true and accurate copies.

5. National Union refers to and incorporates those exhibits in this cross motion as if they were contained in this Declaration.

6. National Union has made this Cross Motion so as to make clear that both defendants believe that the relief sought in the Fairchild Motion should be applicable to the case in total, not just applicable to Fairchild.

7. Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
　　　　January 7, 2008

By /s/ _____
MICHAEL C. MODANSKY (MM7537).
BIVONA & COHEN P.C.
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*

2