## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2008, a copy of the foregoing Cross Motion to Dismiss or alternatively Stay with the Declaration of Michael C. Modansky and Memorandum of Law on behalf of National Union Fire Insurance Company, Pa. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system as well as by facsmile. Parties may access this filing through the Court's system.

BIVONA & COHEN P.C.

_____
Michael C. Modansky. (MM7537)
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*