

# Court of Common Pleas

HAMILTON COUNTY COURT HOUSE
CINCINNATI, OHIO 45202-1217

JUDGE
STEVEN E. MARTIN

ROOM 340

(513) 946-5780
FAX (513) 946-5792

July 12, 2007

George D. Jonson, Esq.
G. Todd Hoffpauir, Esq.
Montgomery, Rennie & Jonson
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202

Steven G. Janik, Esq.
Crystal Nicosia, Esq.
Janik & Dorman, L.L.P.
9200 Southern Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521

Christopher M. Bechold, Esq.
Robert Johnson, Esq.
Thompson Hine, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089

Matthew J. Smith, Esq.
Thomas F. Glassman, Esq.
Smith, Rolfes & Skavdahl Company, L.P.A.
1014 Vine Street, Suite 2350
Cincinnati, Ohio 45202-1119

Michael Sanderson, Esq.
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson
Toledo, Ohio 43624-1573

Robert L. Joyce, Esq.
Littleton, Joyce, Ughetta & Park LLP
39 Broadway
34th Floor
New York, New York 10006

Re: Milacron, Inc., et al. v. The Fairchild Corporation and RHI Holdings, Inc. v. American International Group, Inc., et al.
Case No. A0404162

Dear Counsel,

I have reviewed the file and the evidence in this case.

I find the plaintiff has proven its case by a preponderance of the evidence as to the question of whether it is entitled to contribution. I do find that the plaintiff is only entitled to receive contribution for those who worked at two employers – Mueller Machine & Tool Company and Patterson Mold & Tool Company.

I reviewed the evidence and found the testimony of George Marik to be helpful but not dispositive in the question of which shop used the tool in question. After reviewing all the evidence I find that there is a lack of evidence that the tools were used at Anderson

Polishing, Davis Tool & Die, G H Tool & Die, Hoffman Tool & Die, Maine Finishing, St. Louis Tool, Supreme Tool and Westhoff Tool.

I agree with the plaintiff's allocation formula for those workers for whom contribution should be made. Those workers are as follows:

| # | Name | Period/Formula | Amount |
|---|------|----------------|--------|
| 1. | John Bernosky | Mueller/Patterson 1992 – 2000 | $ 871,111.11 |
| 2. | Kenneth Bond | Mueller/Patterson 1989 – 2003 | $ 575,000.00 |
| 3. | Tony Bradley | Mueller from April 1993 - 2003<br>1/2 X $235,294.12 + $82,352.94 | $ 200,000.00 |
| 4. | Keith Davis | no contribution | $ 0.00 |
| 5. | Brian Kelley | Mueller/Patterson 1995 – 2000<br>$43,750.00 + ($306,250.00 X 4/6 X 1/2) | $ 145,833.33 |
| 6. | Steven Kelley | Mueller  1988 – 1996<br>Patterson 1996 – 2002<br>$205,882.35 + ($144,117.65 X 4/6 X 1/2) | $ 253,921.57 |
| 7. | Andrea Lazzareschi | no contribution | $ 0.00 |
| 8. | Rob Nasello | Mueller  1994 – 2001 | $ 240,625.00 |
| 9. | Calvin Oyan | Mueller  2000 – 2001<br>$50,000.00 X 1/15 X 1/2 | $ 1,666.67 |
| 10. | Shane Picker | Mueller  1996 – 2003<br>1/4 X $136,363.64 + $119,318.18 | $ 153,409.09 |
| 11. | Derrick Pickles | Mueller  1989 – 1994, 1996, 2003<br>Patterson 1995 – 2001<br>$262,500.00 X 6/7 + $93,750.00 | $ 318,749.98 |
| 12. | Anna Polach | Mueller  1993 – 2003<br>4/10 X $58,823.52 + $20,588.24 | $ 44,117.65 |
| 13. | Bradley Schlater | Mueller/Patterson 1991 – 2000 | $ 260,000.00 |
| 14. | Dale Schlater | Mueller/Patterson 1987 – 2003 | $ 281,911.73 |
|   |   | Total | $3,346,346.13 |

As I said, I found the formula set forth in the closing brief of the plaintiff to be fair. The stipulation regarding employment dates refers to years and not months so I tried to work with that the best I could.

Please check my math. If there are any questions, I will be back in court on July 31, 2007. Mr. Bechhold, please prepare the entry in this case and present it to the Court on August 3, 2007 at 9:00 A.M. At that time, we will meet to see what, if anything else, needs to be done in the case.

You already have my previous letter detailing why I believe the Ohio Contribution Statute applies here. That finding should be in the entry as well.

Thank you for a very interesting case.

Very truly yours,

Steven E. Martin,
Judge

SEM/ela