## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK)

    MAUREEN ROSA, being sworn, deposes and says that she is over the age of eighteen years, resides in Westchester County, New York and is employed in the office of Carroll, McNulty & Kull L.L.C.

    On the 9th day of January, 2008, deponent states that service of a true copy of the within *Plaintiff TIG Insurance Company's Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Stay the Action and Declaration in Opposition to Defendant Fairchild Corporation's Motion to Dismiss or Stay* made on the listed addressee attorney(s) by Federal Express, Overnight Mail:

TO:    Peter V. Baugher
        Schopf & Weiss
        312 West Randolph Street
        Suite 200
        Chicago, Illinois 60606-1721
        (312) 701-9300
        *Attorneys for Defendant,*
        *National Fire Union Company of Pittsburgh, PA*

                                                                           Maureen Rosa

Sworn to before me this
9th day of January, 2008.

_____
NOTARY PUBLIC

ANN ODELSON
Notary Public, State of New York
No. 02OD6117618
Qualified in New York County
Commission Expires Oct 25, 2008