Ira Brad Matetsky (IM1881)
GANFER & SHORE, LLP
360 Lexington Avenue, 14th floor
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com

Peter V. Baugher
Timothy C. Samuelson
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com
samuelson@sw.com

*Attorneys for Defendant*
*The Fairchild Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>       -against-<br><br>THE FAIRCHILD CORPORATION and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>            Defendants. | Civil Action No. 07 Civ. 8250 (JGK)<br><br>ECF CASE<br><br>**DECLARATION OF**<br>**PETER V. BAUGHER** |

I, Peter V. Baugher, hereby declare as follows:

1. I have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2. I am a partner at Schopf & Weiss LLP and am one of the attorneys representing Defendant The Fairchild Corporation ("Fairchild") in this litigation.

177936v1

3. I submit this declaration in support of Fairchild's Reply Memorandum in Support of its Motion to Dismiss or Stay.

4. A true and correct copy of the answer of Industrial Indemnity Company and Westchester Fire Insurance Company in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v. The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 1.

5. A true and correct copy of the answer of National Union Fire Insurance Company of Pittsburgh, PA, filed January 7, 2005 in the case captioned *Milacron, Inc. and Milacron Assurance Ltd. v. The Fairchild Corporation and RHI Holdings, Inc.*, pending in the Court of Common Pleas, Hamilton County, Ohio, Case No.: A-04-04162, is attached as Exhibit 2.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chicago, Illinois
January 23, 2007

By: _____
Peter V. Baugher

Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 (facsimile)
baugher@sw.com

*One of the Attorneys for Defendant*
*The Fairchild Corporation*

2