OUR FILE NUKMBER: AIG 35-29293 (MM/4)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================X

TIG INSURANCE COMPANY,

                Plaintiff,

- against -

THE FAIRCHILD CORPORATION AND NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                Defendants.
================================================X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

STIPULATION
EXTENDING TIME
TO REPLY

CIVIL ACTION NO.:
07 CIV 8250 (JGK)

IT IS HEREBY STIPULATED, that the time for the defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., to reply to the opposition of TIG INSURANCE COMPANY and in support of its Motion to Dismiss the complaint in this action, be and the same hereby is extended to and including the 31st of January, 2008.

Dated:     New York, New York
               January 23, 2008

BY: EILEEN DE CALLIES, ESQ. (ED 2938)

CARROLL, MCNULTY & KULL LLC
Attorneys for Plaintiff
TIG INSURANCE COMPANY

570 Lexington Avenue – Tenth Floor
New York, New York 10022
(212) 252-0004

BY: MICHAEL C. MODANSKY, ESQ.

BIVONA & COHEN,
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
88 Pine Street
Wall Street Plaza
New York, New York 10005-1886
(212) 363-3100

So ordered.

/s/ John G. Koeltl
U.S.D.J.

1/25/08