Michael C. Modansky. (MM7537)
Bivona & Cohen P.C.
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire*
 *Insurance Company of Pittsburg, Pa.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TIG INSURANCE COMPANY**<br><br>Plaintiff<br><br>v.<br><br>**THE FAIRCHILD CORPORATION, et al**<br><br>Defendants | CASE NO. 1:07-cv-08250-JGK<br><br>ECF case (JGK)<br><br>**DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'s REPLY MEMORANDUM IN SUPPORT OF ITS CROSS-MOTION TO DISMISS OR ALTERNATIVELY TO STAY THIS ACTION** |

# TABLE OF CONTENTS

TABLE OF CONTENTS………………………………………………………………… i

TABLE OF AUTHORITIES……………………………………………………………….. ii

STATEMENT OF FACTS………………………………………………………………2

ARGUMENT……………………………………………………………………...2

    1.    The Rules and Current case law permits National Union to adopt
         and incorporate the arguments of Fairchild in support of its Reply……………2

    2.    This litigation should be dismissed or alternatively stayed………………...3

CONCLUSION………………………………………………………………………3

# TABLE OF AUTHORITIES

## CASES

*In re Alstom SA Securities Litigation*, 406 F.Supp.2d 346, 351, n.2; (S.D.N.Y. 2005)..................................................................................2

*Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800 (1976).......................2

*Leasco Data Processing Equip. Corp. v. Maxwell*, 1972 WL 314, *12 (S.D.N.Y. April 25, 1972)...................................................................................2

*Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995)..................................................2

## RULES and STATUTES

Federal Rules of Civil Procedure §10(c).................................................................2

ii

## SUPPLEMENTAL STATEMENT OF FACTS

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") has reviewed The Fairchild Corporation's ("Fairchild") supplemental factual presentation of the Ohio state action involving Milacron, Inc. ("Milacron"), Fairchild, and Fairchild's insurers. National Union finds that Fairchild's presentation for the purposes of these Replies to be accurate and complete. Therefore, to avoid unnecessary duplication, National Union adopts the supplemental factual presentation of Fairchild.

## ARGUMENT

1. <u>The Rules And Current Case Law Permit National Union to Adopt And Incorporate The Arguments of Fairchild In Support Of Its Reply</u>

National Union respectfully adopts and incorporates pursuant to Fed. R. Civ. P. 10(c), the arguments set forth in Fairchild's Reply Memorandum in Support of its Motion to Dismiss or Stay, filed in this Court on January 25, 2008. *See, e.g., In re Alstom SA Securities Litigation*, 406 F.Supp.2d 346, 351, n.2 (S.D.N.Y. 2005); *Leasco Data Processing Equip. Corp. v. Maxwell*, 1972 WL 314, *12 (S.D.N.Y. April 25, 1972).

2. <u>This Litigation Should Be Dismissed Or Alternatively Stayed</u>

For the reasons set forth in the Reply Memorandum of Fairchild, filed with this Court on January 25, 2008, which is respectfully incorporated herein by reference, National Union respectfully cross moves the Court to dismiss the Complaint filed by Plaintiff in accordance with the federal abstention principles articulated by the United States Supreme Court in *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995) and *Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800 (1976) as well as those cases that followed that demonstrated the principles of the United States Supreme Court, which are cited by Fairchild on pages 2-9 of its Memorandum.

2

## CONCLUSION

For the reasons set forth above, and for those reasons set forth in Fairchild's Reply Memorandum in Support of its Motion to Dismiss or alternatively Stay, National Union moves the Court to dismiss this litigation in favor of the state court action pending in Ohio. In the alternative, National Union moves the Court to stay this matter pending the outcome of the Milacron state action.

Dated: New York, New York
       January 30, 2008

                              Respectfully submitted,
                              BIVONA & COHEN

                              By_____
                              Michael C. Modansky (MM7537)
                              88 Pine Street
                              New York, New York 10006-1886
                              (212) 363-3100 •Fax (212) 363-9824
                              Email: michael.modansky@bivonacohen.com

                              *Attorney for Defendant National Union Fire*
                              *Insurance Company of Pittsburg, Pa.*