## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, a copy of the foregoing Reply Memorandum of Law in Support of the Cross Motion to Dismiss or Alternatively Stay this Action on behalf of defendant National Union Fire Insurance Company, Pa. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system . Parties may access this filing through the Court's system.

BIVONA & COHEN P.C.

_____
Michael C. Modansky. (MM7537)
88 Pine Street
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*