UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY | ) CASE NO. 1:07-cv-08250-(JGK) |
|  Plaintiff | ) ECF case |
| v. | ) |
| THE FAIRCHILD CORPORATION, et al. | ) **MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. JANIK AND CRYSTAL L. NICOSIA** |
|  Defendants. | ) |

PLEASE TAKE NOTICE that Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by its underlying counsel, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael C. Modansky, a member in good standing of the bar of this Court, respectfully moves the Court for an Order allowing the admission pro hac vice of: Steven G. Janik and Crystal L. Nicosia in this particular case .:

> Steven G. Janik and Crystal L. Nicosia
> Janik, Dorman & Winter LLP
> 9200 South Hills Blvd., Suite 300
> Cleveland, Ohio 44147
> (440) 838-7600 (phone)
> (440) 838-7601 (fax)
> Steven.Janik@janiklaw.com; Crystal.Nicosia@janiklaw.com

Steven G. Janik is a member in good standing of the Bar of the States of Ohio, California, Maryland, and the District of Columbia. Crystal L. Nicosia is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Steven G. Janik or Crystal L. Nicosia in any State of Federal court.

An Affidavit in support with exhibits (Certificates and Proposed Order)are attached.

Respectfully submitted,

_____
MICHAEL C. MODANSKY, ESQ.(MM7537)
BIVONA & COHEN P.C.
88 Pine Street

-1-

Wall Street Plaza
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*

UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| TIG INSURANCE COMPANY ) | CASE NO. 1:07-cv-08250-(JGK) |
| ) | |
| Plaintiff ) | ECF case |
| v. ) | |
| ) | |
| THE FAIRCHILD CORPORATION, et al. ) | **AFFIDAVIT OF MICHAEL MODANSKY** |
| ) | **IN SUPPORT OF MOTION FOR** |
| Defendants. ) | **ADMISSION *PRO HAC VICE* OF STEVEN** |
| ) | **G. JANIK AND CRYSTAL L. NICOSIA** |

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF NEW YORK  )

Michael C. Modansky, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Bivona & Cohen P.C., counsel for Defendant National Union Fire Insurance Company of Pittsburg, Pa. ("National Union") in the above captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of defendant National Union's Motion to Admit Steven G. Janik and Crystal L. Nicosia as counsel *pro hac vice* to represent National Union in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 24, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Steven G. Janik for a number of years and have known Crystal L. Nicosia since inception of this lawsuit.

4. Mr. Janik is a Senior Partner at Janik, Dorman & Winter in Cleveland, Ohio annexed hereto as Exhibit A are Certificates of Good Standing for Mr. Janik from the Courts of the States of Ohio, California, Maryland and the District of Columbia.

{

5.      Ms. Nicosia is a Senior Associate at Janik, Dorman & Winter in Cleveland, Ohio. Annexed hereto as Exhibit B is a Certificate of Good Standing for Ms. Nicosia from Courts of the State of Ohio.

6.      I have found Mr. Janik and Ms. Nicosia to be skilled attorneys and persons of integrity and high moral character. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

7.      Accordingly, I am pleased to move for the admission of Steven G. Janik and Crystal L. Nicosia, *pro hac vice*.

8.      I respectfully submit a proposed order granting the admission of Steven G. Janik and Crystal L. Nicosia, *pro hac vice*, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Steven G. Janik and Crystal L. Nicosia, *pro hac vice*, to represent National Union in the above captioned matter, be granted.

Sworn to before me this
11th day of March 2008.

MICHAEL J. SLEVIN
Notary Public, State of New York
No. 02SL4873185
Qualified in Nassau County
Commission Expires 09/15/2004

MICHAEL C. MODANSKY, ESQ.
BIVONA & COHEN P.C.
88 Pine Street
Wall Street Plaza
New York, New York 10006-1886
(212) 363-3100 •Fax (212) 363-9824
Email: michael.modansky@bivonacohen.com

*Attorney for Defendant National Union Fire Insurance Company of Pittsburg, Pa.*

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Steven George Janik

was admitted to the practice of law in Ohio on April 30, 1976; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of February, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 26, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEVEN G. JANIK, #140521 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the third day of June, 1988,

### Steven G. Janik

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof*, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-second day of February, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEVEN G. JANIK

was on the 3RD day of JUNE, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# The Supreme Court of Ohio

## C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                                  Crystal Lynn Nicosia

was admitted to the practice of law in Ohio on November 08, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                              IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of February, 2008.

                              SUSAN B. CHRISTOFF
                              *Director, Attorney Services Division*

                              *Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY ) | |
| ) | CASE NO. 1:07-cv-08250-(JGK) |
| Plaintiff ) | ECF case |
| ) | |
| v. ) | **ORDER FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| THE FAIRCHILD CORPORATION, et al. ) | **ON WRITTEN MOTION** |
| ) | |
| ) | |
| Defendants .) | |
| ) | |

Upon the Motion OF Michael C. Modansky, Attorney for Defendant National Union Fire Insurance Company of Pittsburgh PA. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Steven G. Janik and Crystal L. Nicosia
Janik, Dorman & Winter LLP
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-7600 (phone)
(440) 838-7601 (fax)
Steven.Janik@janiklaw.com; Crystal.Nicosia@janiklaw.com

are admitted to practice pro hac vice as counsel for Defendant National Union Fire Insurance Company of Pittsburgh PA, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. If not already done, Counsel shall forward the pro hace vice fees to the Clerk of the Court.

Dated: New York, New York
March __, 2008:

_____
United States District Court Judge.

STATE OF NEW YORK            )
                              ss:
COUNTY OF NEW YORK           )

JENNIFER FODOR, being duly sworn, hereby deposes and says as follows:

I am not a party to this action and I am over the age of eighteen (18) years and reside in Richmond County, Staten Island, New York.

On March 11, 2008 I served the within MOTION FOR ADMISSION PRO HAC VICE OF STEVEN G. JANIK AND CRYSTAL L. NICOSIA on the attorneys and parties listed below at the addresses designated by said attorneys and parties for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post-office-official depository, under the exclusive care and custody of the United States Postal Service within New York State.

TO:

Carroll, McNulty & Kull
570 Lexington Avenue
New York, New York 10022

Attention:   Eileen De Callies


Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, New York 10017

Attention:   Ira Brad Matetsky

                                                       _____
                                                            JENNIFER FODOR

Sworn to before me this 11th
day of March, 2008

_____
NOTARY PUBLIC

MICHAEL J. SLEVIN
Notary Public, State of New York
No. 02SL4873185
Qualified in Nassau County
Commission Expires 09/15/2008