```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TIG INSURANCE COMPANY | ) | CASE NO. 1:07-cv-08250-(JGK) |
| | ) | ECF case |
| Plaintiff | ) | |
| | ) | **ORDER FOR ADMISSION** |
| v. | ) | **PRO HAC VICE** |
| | ) | **ON WRITTEN MOTION** |
| THE FAIRCHILD CORPORATION, et al. | ) | |
| | ) | |
| Defendants | ) | |

Upon the Motion OF Michael C. Modansky, Attorney for Defendant National Union Fire Insurance Company of Pittsburgh PA. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Steven G. Janik and Crystal L. Nicosia
> Janik, Dorman & Winter LLP
> 9200 South Hills Blvd., Suite 300
> Cleveland, Ohio 44147
> (440) 838-7600 (phone)
> (440) 838-7601 (fax)
> Steven.Janik@janiklaw.com; Crystal.Nicosia@janiklaw.com

are admitted to practice pro hac vice as counsel for Defendant National Union Fire Insurance Company of Pittsburgh PA, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. If not already done, Counsel shall forward the pro hace vice fees to the Clerk of the Court.

Dated: New York, New York
March 19, 2008:

_____
United States District Court Judge.