UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIG INSURANCE COMPANY,

                Plaintiff,                                07 CIVIL 8250 (JGK)

       -against-                                       **JUDGMENT**

THE FAIRCHILD CORPORATION AND NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                Defendants.
-------------------------------------------------------------X

       Defendants separately having moved to dismiss, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on May 23, 2008, having rendered its Opinion and Order granting defendants' motions to dismiss and dismissing the action based on abstention and not on the merits, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 23, 2008, defendants' motions to dismiss are granted and the action is dismissed based on abstention and not on the merits; accordingly, the case is closed.

**Dated:** New York, New York
        May 29, 2008

                                                     J. MICHAEL McMAHON
                                                      Clerk of Court
                         BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____